420458

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-cv-320 RHK/JMM **Case Title:** PSINet CS KS v. SPG, et al.

**Affidavit of Movant**

I, Frederick R. Dawe, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Christopher Johnson, an attorney admitted to practice in the ____________ District of Columbia, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant ____________ in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] Signature | 23400X MN Attorney License # | 3/7/01 Date

**Affidavit of Proposed Admittee**

I, Chris Johnson, am currently a member in good standing of the U.S. District Court for the ____________ District of Columbia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

CHRISTOPHER W. JOHNSON Type/Print Name | [signature] Signature | 3/1/01 Date

Attorney ~~XXXXXXXXXX~~ DC Bar #443073

ARTER & HADDEN
1801 K ST., NW
SUITE 400 K
WASH., D.C. 20006-1301
202.775.7100 TEL
202.857.0172 FAX

← Law Firm Name & Address: ____________

Telephone: ____________

Motion Granted: [signature] JUL 12 2001
For the Court: ~~Francis E. Dosal~~, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED JUL 12 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________